# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TOBY CATON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-13-547-JHP |
| ) | |
| BRANDI NICOLE CATON, ) | |
| ) | |
| Respondent. ) | |

## ORDER AFFIRMING AND ADOPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On January 10, 2014, the United States Magistrate Judge entered a Report and Recommendation recommending that Petitioner's Verified Petition for Return of Child to the United Kingdom be granted and that the minor child should be returned to the United Kingdom forthwith pending resolution of custodial issues with the appropriate court in that country. Respondent has not filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record.  Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on January 10, 2014, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

IT IS SO ORDERED this 28th day of January, 2014.

James H. Payne
United States District Judge
Eastern District of Oklahoma